UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TESSA KNOX,                                    :

                                                  :   <u>ORDER</u>
                Plaintiff,

                                                  :   17 Civ. 772 (GHW) (GWG)
   -v.-
                                                  :
JOHN VARVATOS ENTERPRISES, INC.,

                                                    :

               Defendant.       :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Oral argument on the pending motion to compel will take place on Thursday, October 19, 2017, at 4:00 p.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York. At this stage, oral argument will be limited to the issue of work product protection.

      Counsel for plaintiff is directed to provide the documents at issue for <u>in camera</u> review to the Court by CD or DVD delivered to the mail room at 500 Pearl Street (attention: Chambers of Judge Gorenstein) on or before Tuesday, October 17, 2017.

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the argument may begin promptly.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated: October 13, 2017
       New York, New York

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge