```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TESSA KNOX,	:

               Plaintiff,	:	17 Civ. 772 (GHW) (GWG)

-v.-	:	<u>ORDER</u>

JOHN VARVATOS ENTERPRISES INC.,	:

               Defendant.	:

------------------------------------------------------------X

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     For the reasons stated today on the record, Defendant's Motion to Compel, filed August 16, 2017 (Docket # 60), is granted in part (as to the retainer agreement) and denied as to all other documents without prejudice to renewal as to Defendant's claim of substantial need on a fuller record.

     Defendant shall file any supplemental briefing on substantial need, as well as any application relating to the matter raised in its letter dated October 23, 2017 (Docket # 89), by November 6, 2017. Any opposition is due November 20, 2017. Any reply is due November 29, 2017.

     With respect to Plaintiff's request for a pre-motion conference regarding their proposed motion for class certification, the pre-motion conference requirement is waived. Any such motion shall be filed by November 13, 2017. Briefing shall proceed in accordance with paragraph 2.B of the Court's Individual Practices.

     SO ORDERED.

Dated: October 24, 2017
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge