# Hughes Hubbard & Reed

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

Ned H. Bassen
Partner
(212) 837-6090
ned.bassen@hugheshubbard.com

**MEMO ENDORSED**

January 11, 2018

*VIA ECF*

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/18
```

Re:   *Knox v. John Varvatos Enterprises, Inc.*,
      No. 1:17-cv-00772 (GWG) (S.D.N.Y.)

Dear Judge Gorenstein:

We represent Defendant John Varvatos Enterprises, Inc. ("Varvatos") in the above-referenced action. Sixteen plaintiffs (the "Opt-Ins") filed consent forms to join the collective action that has been conditionally certified in this action. (*See* ECF Nos. 101-105, 110-111, 114, 119, 122, 124-125, 129-132.)

The consents submitted by the Opt-Ins to the Clerk's office were filed on ECF with all contact information redacted. Varvatos needs the contact information in order to serve discovery requests. We understand from the Civil Dockets section of the Clerk's office that it will only provide unredacted copies of the consents upon receipt of an order from the presiding judge. Accordingly, Varvatos respectfully submits this letter motion for an order directing the Clerk's office to ~~provide~~ permit counsel for Varvatos and counsel for Knox ~~with~~ unredacted copies of the consent forms. A proposed order is attached. to review and copy

We have conferred with counsel for Knox on this matter and they consent to our request. We are available to provide further information or for a conference.

Respectfully submitted,

Ned H. Bassen

Attachment

cc:   All counsel of record (via ECF)

Granted
SO ORDERED  DATE: 1/11/18
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

81247112_2