USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TESSA KNOX,

                                  Plaintiff,

-v.-

JOHN VARVATOS ENTERPRISES, INC.,

                                  Defendant.
------------------------------------------------------------X

ORDER TO SHOW CAUSE

17 Civ. 772 (GWG)

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       On January 26, 2018, the Court issued an order requiring the unrepresented plaintiffs, Sirena Hurd and Karla Gomez-Navarro, to appear either in person or by telephone at a conference before the Court on February 6, 2018, at 2:30 p.m., in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York. (Docket # 147). Ms. Hurd and Ms. Gomez-Navarro failed to appear at the conference and failed to participate by telephone.

       As reflected in a sworn statement filed by William Dunnegan, Esq. on February 7, 2018 (Docket # 153), he or members of his law firm gave notice to Ms. Hurd and Ms. Gomez-Navarro both by overnight mail and email regarding their obligations to participate in the conference.

       The case cannot proceed without the participation of Ms. Hurd and Ms. Gomez-Navarro, either pro se or by counsel. Given that they have not complied with a Court order to appear and have not responded to the communications from Mr. Dunnegan's firm, Ms. Hurd and Ms. Gomez-Navarro are hereby ORDERED TO SHOW CAUSE why their claims in this case should not be dismissed for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

       Ms. Hurd and Ms. Gomez-Navarro, and any other party, may file with the Clerk of the Court any response to this Order on or before February 22, 2018. If Ms. Hurd and Ms. Gomez-Navarro fail to respond by that date, their claims will be dismissed.

       The Court notes that the Pro Se Intake Unit at the United States Courthouse, 500 Pearl Street, Room 200, New York, New York ((212) 805-0175) may be of assistance to a pro se party in connection with court procedures.

       <u>Mr. Dunnegan is directed to provide a copy of this Order to Ms. Hurd and Ms. Gomez-Navarro by email and postal (or overnight) mail, and to file an affidavit so attesting</u>

SO ORDERED.

Dated: February 8, 2018
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge