```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TESSA KNOX,                                     :

                                                :      ORDER
                   Plaintiff,                          17 Civ. 772 (GWG)
                                                :
       -v.-
                                                :
JOHN VARVATOS ENTERPRISES, INC.,
                                                :
                   Defendants.                  :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      For the reasons stated today on the record, Knox's motion for class certification (Docket # 97) is granted and the following class is certified:

      all female sales associates who worked at any JV store (1) in the State of New York since February 1, 2011 (who will assert claims under the New York Equal Pay Act); (2) in the State of New York since February 1, 2014 (who will assert claims under the New York State Human Rights Law); and (3) in the United States (including New York) since April 16, 2016 (who will assert claims under Title VII).

      The parties are directed to consult regarding the notice required by Fed. R. Civ. P. 23(c)(2), and to submit either joint or separate proposals as to such notice by March 9, 2018.

      SO ORDERED.

Dated: February 22, 2018
      New York, New York

                                           GABRIEL W. GORENSTEIN
                                           United States Magistrate Judge