UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TESSA KNOX<br><br>            Plaintiff,<br><br>v.<br><br>JOHN VARVATOS ENTERPRISES, INC.<br>            Defendant. | Civil Action No.  1:17-cv-00772 (GWG)<br><br>**DECLARATION OF<br>NICOLE CHANG** |

Pursuant to 28 U.S.C. § 1746, I, Nicole Chang, hereby declare as follows:

1.      The facts set forth in this declaration are based on my personal knowledge except as otherwise set forth herein.  If called and sworn as a witness, I could and would testify competently to the matters set forth herein.

2.      I have worked for John Varvatos Enterprises, Inc. ("Varvatos") for nearly six years.  When I first started, I was Manager of Human Resources.  After roughly a year, I was promoted to Director of Human Resources.  I served in that role for about two-and-a-half years and was promoted to Senior Director of Human Resources.  I served as Senior Director of Human Resources until the beginning of December 2017, at which point I transitioned into a part-time temporary role.

3.      As Senior Director of Human Resources, I am responsible for managing the global Human Resources department and some of my responsibilities include, but are not limited to, oversight of day-to-day operations and management, payroll, and benefits.

4.      Prior to working at Varvatos, I was employed by Seabury Advisors Holding, LLC as a Global Human Resources Associate.  The only other prior position I had in a formal human resources function was when I worked for Northwestern Mutual Financial Network as a recruiter.

83952637_1

5.    Varvatos currently operates 24 stores in the United States, as well as a store in Toronto and a store in London.  The domestic locations include regular retail locations as well as outlets.  Hiring and firing decisions at each Varvatos store are made by the store's General Manager, occasionally with input from corporate headquarters when the position in question is for an Assistant General Manager or General Manager.  When making employment decisions about sales professionals and other store staff, the General Managers act independently. General Managers also independently run the day-to-day operations of their stores.

**Job Responsibilities of Sales Professionals and Dress Code**

6.    When Varvatos seeks to hire a sales professional, we network for referrals and post the opening on internet job boards.  Varvatos seeks to have a diverse mix of sales professionals, with retail experience ranging from contemporary to luxury, and does not aim for any particular ratio of male to female sales professionals in its stores.

7.    Sales professionals usually work 40-hour weeks.  They are responsible for greeting and interacting with customers in Varvatos stores, selling merchandise, ensuring that the sales floor is kept neat and orderly, cooperating with and helping their colleagues, ensuring that the sales floor is properly stocked with merchandise, and ringing up customers.

8.    Our sales professionals are all required to comply with a dress code as well.  At the highest level, that dress code requires sales professionals to make sure their appearance is consistent with the Varvatos brand aesthetics, meaning clothing that matches the general color palette of Varvatos and has an edge to it, which can be represented by the type of buttons or piping on items.  Varvatos employees who work at our retail locations have a more specific policy that is set forth in a formal written dress code provided to store employees during their onboarding process.

9. Male sales professionals, in particular, are required to dressing in Varvatos clothing so that they can act as live models in the store and bring attention to the items that they are wearing as a way to boost sales. Male sales professionals have to comply with what we refer to as a "Three Piece Rule," which means they have to wear Varvatos pants, a Varvatos shirt, and either a Varvatos jacket, vest, or sweater. They are also encouraged to wear Varvatos footwear and accessories in addition to meeting the "three piece" requirement. Male sales employees are also supposed to wear clothing from the current seasonal line that is being sold in the store at any given time.

10. In addition to wearing at least three pieces of Varvatos clothing from the current seasonal collection, male sales professionals also have to style the clothing to match the Varvatos aesthetic, which means pairing and layering certain types of items together and wearing items in a certain way (like tying a scarf with a particular knot).

11. By dressing in current season Varvatos clothing, and styling it consistently with the Varvatos aesthetic, male sales professionals act as live models in our stores. They essentially serve as walking and talking billboards or advertisements, can show customers how clothing fits, and describe it to them. Utilizing our male sales professionals in this manner is a vital sales tool that highlights the diversity of different body types (tall, short, thin, athletic, sturdy, etc.) in Varvatos merchandise and product. This provides customers with more information about the items than if they were just folded on a shelf, hanging on a hanger, or displayed on mannequins (all of which are roughly the same shape and size – and obviously cannot share firsthand experience of how the clothes feel and fit). We have limited space in store windows and store displays so, in effect, our male sales professionals also become additional advertising space on which we can display – in a dynamic fashion – the clothing for sale in our stores.

12. Often, when a female sales professional assists a customer, she will use one of her male colleagues as a reference and live example. Since male sales professionals are required to wear current-season items on the sales floor, they model items and speak directly to the customer on fit, comfort, and durability of the times and/or fabric.

13. Female sales professionals, on the other hand, are not required or allowed to wear Varvatos clothing while at work to emphasize John Varvatos as a menswear brand only, not unisex. Varvatos wants to avoid any confusion about the audience he is designing for and be known as a premier men's designer, not women's or unisex. Accordingly, Varvatos does not market any of its merchandise to women.

14. Rather than having to wear Varvatos clothing as their male colleagues do, female sales professionals just have to comply with the general requirement that their clothing match the Varvatos aesthetic and is consistent with the Varvatos color palette, which is mainly neutral colors like blacks, grays, and blues.

15. I believe it is more challenging for male sales professionals to comply with the dress code than it is for female sales professionals to do so. First, Varvatos clothing is expensive, so male sales professionals have to acquire pricier clothing than female sales professionals, who can shop at a wide variety of stores offering different price points, including many lower than Varvatos. In part because of how expensive Varvatos clothing is – and the requirement that it represent the current season – male sales professionals also generally have a smaller wardrobe from which to put together their outfits and have to plan in advance to make sure they can mix and match different outfits out of limited items and make it through an entire week.

16. The dress code requirements for male sales professionals also make it more likely that they will be less comfortable at work. The "Three Piece Rule" means that they have to wear

multiple layers and long sleeves, so when our stores are warmer and they are on their feet all day, and going back and forth between the sales floor and stock room, they are likely to feel more discomfort.  Varvatos clothing is also tightly fitting and tailored, so it tends to be restrictive, which can be less comfortable for people working on their feet and retrieving merchandise throughout the day.

17. Store management monitors employee compliance with the dress code and has the prerogative to verbally warn employees or send them home if their attire does not fulfill the requirements of the dress code.  With serious violations of the dress code, or violations of the dress code combined with some other infractions, sales professionals can be officially written up.  I am aware of at least three occasions where sales professionals received written reprimands for violating our policies, in part because they failed to meet the dress code.

**Sales Professional Compensation**

18. All sales professionals are compensated using the same structure – they receive an hourly base salary, plus commissions on the merchandise that they sell.  Sales professionals receive 3% commission on all sales.  If they meet their monthly sales goal, their commission rate is increased to 5% (credited to all sales in that month).  If a sales professional exceeds his or her monthly sales target by 15-25%, he or she receives 7% commission on any sales above the sales goal.  And if a sales professional exceeds his or her monthly sales target by 25% or more, he or she receives 9% commission on all sales above the monthly target.  Each sales professional's monthly target – which varies from month to month – is set according to their past performance,

seasonal expectations for sales, what store they work in, and how well they have been progressing towards meeting their quarterly and annual sales goals.[1]

19.     The hourly rate that a sales professional receives differs based on the location in which they work, and their experience and qualifications – gender plays no role in our hiring decisions or in setting a sales professional's commission structure or hourly wage.  The current average hourly wage for our female sales professionals is $18.11, compared to $16.88 for our male sales professionals.  A sales professional's gender also plays no role in the health insurance, vacation days, sick days, or perks like discounted movie tickets and gym memberships that they receive

**Varvatos Discounts and Clothing Allowance**

20.     All Varvatos employees receive an employee discount at Varvatos stores that entitles them to 65% off clothing sold in the stores.  Only female Varvatos employees also receive a 50% discount with AllSaints, a women's clothing line that is owned by the same entity that owns Varvatos.  Male employees are not eligible for the AllSaints discount.  Varvatos provides its female sales professionals with the AllSaints discount because AllSaints clothing has a similar style to Varvatos clothing, and thus can be worn by female sales professionals in order to comply with their dress code.

21.     Male employees who work at Varvatos stores receive a clothing allowance because they are required to dress in Varvatos clothing while they are at work and Varvatos clothing is expensive.  Some of our employees based out of corporate headquarters are also required to wear Varvatos clothing at work because they have roles related to our retail stores

---

1.     I am aware that the named plaintiff in this case, Tessa Knox, worked at our East Hampton store and failed to meet her sales goals by a fairly wide margin on a number of occasions, despite only being employed there for a brief period of time.

6

83952637_1

and spend time in the stores, so they also receive a clothing allowance. Employees who receive a clothing allowance can use it to select apparel, including pants, tops, certain jackets (designed to be worn indoors), suits, vests, ties, and footwear. Essentially, any visible clothing items that can be worn to work on the sales floor qualify for the clothing allowance.

22. Male employees required to wear Varvatos clothing to work have received a clothing allowance since at least the time I first started working at Varvatos in 2012, although the structure of the clothing allowance and the exact amount given to employees who qualify has changed slightly over the years. The timing and amount of the clothing allowance are determined by the retail group at corporate headquarters – individual stores have no input.

23. I do not have direct involvement with implementing the clothing allowance, but I am aware that employees who qualify for it do not need to pay for the clothing out of pocket and then get reimbursed. Instead, they identify a set of items that falls within the allotted amount they receive per season and then can take that clothing. The full retail price of whatever items they select gets charged against their clothing allowance and our employees who receive a clothing allowance may not resell the clothing they obtain using the allowance because the purpose of the clothing allowance it to permit our employees to obtain what would otherwise be prohibitively expensive clothing to wear to work.

24. Female employees do not receive a clothing allowance because they are not required to – and in fact are instructed not to – wear Varvatos clothing to work. The entire point of the clothing allowance is to make it possible for our male employees to wear Varvatos to work (which helps increase sales). Since female sales employees do not have that responsibility, we do not provide them with a similar allowance.

25. In fact, because the dress code for female employees, discussed above, is so broad, it is entirely possible for female sales professionals to comply with the dress code without

having to purchase any clothing specifically to wear to work.  Given the breadth of the dress code for female sales professionals, I believe it would be unlikely that a new female sales professional would not already own clothing that complied with the dress code when she is hired.

26. I own many items of clothing that comply with the dress code (and that I wear to work) that I owned long before I began working at Varvatos.  For instance, I have a leather jacket that I wear to work that I have owned since 1999 and is still in good condition, so I have been able to wear that to comply with the dress code from the time I started at Varvatos without having to spend any additional money.

27. On a few occasions, I have been asked about whether our clothing allowance applies to female employees.  When I receive such questions, I respond by explaining the policy and the fact that it exists in order to provide our male sales professionals with Varvatos clothing that they can wear to work since they, and only they, are subject to that requirement.  I am generally aware that there may have been sporadic conversations about the possibility of providing female employees with a clothing allowance.  On the limited instances I was involved in those conversations, we generally determined that it wasn't financially feasible and that it was unnecessary given the differences in the dress code between men and women.

28. I am aware of other gender-specific clothing designers that provide a clothing allowance to only those employees of the gender for which the clothing is intended.  For example, La Perla, which sells luxury lingerie, swimwear, and lougewear, provides a clothing allowance just to its female employees even though it also employs men.  Oscar de la Renta also has a similar system, where a clothing allowance is only provided to female employees.

29. Ultimately, having our male sales professionals dressed in Varvatos helps everyone in our stores make sales.  At the end of each day, the stores prepare reports about significant events that happened on the day in question.  Often those reports include stories of

customers going into the store and purchasing items that they noticed and commented on because our male sales professionals were wearing them. Thus, the dress code for male sales professionals helps serve Varvatos's core purpose of selling clothing, and the clothing allowance male sales professionals receive is directly tied to their obligation to wear Varvatos to work in order to achieve those higher sales.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2018.

_____
Nicole Chang

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 24, 2018, I caused to be electronically filed the foregoing DECLARATION OF NICOLE CHANG by using the CM/ECF system, which sends a notice of electronic filing to all counsel of record who have registered to receive notices from the Court under the CM/ECF system.

_____
Brett M. Collings