**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TESSA KNOX

                   Plaintiff,

     v.

JOHN VARVATOS ENTERPRISES, INC.
                   Defendant.

Civil Action No.  1:17-cv-00772
(GWG)

**DECLARATION OF**
**BENJAMIN HARRIS**

Pursuant to 28 U.S.C. § 1746, I, Benjamin Harris, hereby declare as follows:

1.      The facts set forth in this declaration are based on my personal knowledge except as otherwise set forth herein.  If called and sworn as a witness, I could and would testify competently to the matters set forth herein.

2.      I have worked for John Varvatos Enterprises, Inc. ("Varvatos") since June 2014. I joined Varvatos as Director of Retail Operations and, starting in November 2014, served as Director of Retail Operations and East Coast Stores.  Finally, in January 2017, I was promoted to my current position of Vice President of Retail.

3.      As Director of Retail Operations, I was responsible for supporting operations in physical Varvatos stores, as well as monitoring the results from those stores.  That involved, in part, making sure that stores received product in an efficient manner and handling a variety of activities to support in-store sales.  When I added Director of East Coast Stores to my title in November 2014, I added the responsibility of sales generation from all of Varvatos's East Coast stores, which include the stores physically along the east coast of the United States, plus our Detroit store.

4.      Now, as Vice President of Retail, I have general responsibility to oversee all of Varvatos's retail business, meaning the side of the business that operates through brick-and-mortar stores, as opposed to selling online.  Varvatos currently operates 19 full price retail stores

in the United States, along with five outlet locations.  Outlet stores not only carry discounted, out-of-season product from regular Varvatos stores, but they also sell a specific line of made-for-outlet product.

5.      Although I am technically based out of Varvatos's headquarters in New York, I often spend time in the retail stores that I am responsible for overseeing.  On average, I spend a day or two each week in one of our retail locations.

6.      Prior to joining Varvatos, I worked for Diesel USA ("Diesel") for approximately eight years.  During that tenure, I started as an Assistant Store Manager, then became a Store Manager, then Area Manager for the Northeast, then General Manager, then New York Area Manager, and finally Director of Retail Stores.

7.      For the approximately two years prior to working at Diesel, I was employed by French Connection as a General Manager and Market Manager.

8.      Diesel and French Connection both sell men's and women's clothing.  Both companies required store employees to wear the brand while at work and, because of that, both companies provided all store employees with a clothing allowance.

9.      Varvatos on the other hand only sells men's clothing.

**Varvatos Dress Code**

10.     From the time I started working at Varvatos, I have been subject to a dress code that requires me to wear Varvatos clothing to work all of the time.  Male sales professionals in all Varvatos stores (as well as the other male employees in the stores) are subject to the same requirement.  I am aware that that dress code requirement has been in place going back at least as far as 2011 and have been told that it existed prior to that.

11.     Consistent with the fact that Varvatos is a menswear brand, we show our clothing being worn exclusively by male models on our website and in our print advertising.  Female

2

sales professionals are not required to wear Varvatos clothing at work.  The dress code requirements for female sales professionals consist of general guidelines and compliance with the Varvatos color palette, which features black, white, beige, gray, navy, olive, and brown. Female employees are permitted to wear clothing that they owned before they started working at Varvatos and are not restricted in terms of where they purchase clothing they wear to work.

12.     Compliance with the dress code in any given store is monitored by that store's General Manager(s) and Assistant General Manager(s).

13.     In addition to male sales professionals and other male employees based in our retail locations, other customer-facing Varvatos employees are also required to wear Varvatos clothing to work.

14.     Wearing Varvatos clothing to work can be challenging for male sales professionals since the clothing is often restrictive and limits their movement, which can make it difficult, or at the very least less comfortable, to work in and around our stores all day.

**Varvatos Clothing Allowance**

15.     In order for male employees who have to wear Varvatos to work to be able to obtain that clothing, Varvatos provides those employees with a clothing allowance.  As was the case with my prior employers, the clothing allowance is tied to the requirement to dress in the company's clothing, so any employees who are subject to that dress code requirement get some form of clothing allowance.  My understanding is that Varvatos has had a clothing allowance for as long as it has required certain of its employees to dress in Varvatos clothing.

16.     When a new seasonal line is about to be released, the Operations Manager, currently Elba van Dunk, sends an email to all store employees who qualify for the clothing allowance alerting them that they have roughly one week in which to select any clothing they intend to get using that season's clothing allowance.  The clothing they are permitted to obtain

3

using the clothing allowance is limited to items that will be sold in Varvatos stores during the upcoming season.  Regardless of which items they select, the full retail price of the items gets counted against their clothing allowance.

17.     For as long as I have worked at Varvatos, the clothing allowance male sales professionals receive from Varvatos has always been $12,000 per year at MSRP, divided up into 4 seasonal clothing "pulls" of up to $3,000 at MSRP that coincide with the release of Varvatos's seasonal lines.  If a male sales professional does not "pull" $3,000 in a particular season, he does not receive the unused portion of his clothing allowance in cash, nor can sales professionals roll unused portions of their clothing allowances over into future periods.

18.     Clothing sold at regular Varvatos stores is very expensive and all male sales professionals have to count the full retail value of the clothing that they select against their clothing allowance.  It is difficult to obtain many items using the clothing allowance.  As a result, many sales professionals (and I) often pay out-of-pocket for additional Varvatos clothing to fill out our wardrobes.

19.     Assuming a male sales professional uses his entire $12,000 annual clothing allowance, the cost to Varvatos is approximately $2,400, after accounting for Varvatos's average retail margin of 80%.  That $2,400 is the amount Varvatos uses to calculate the tax each male sales employee owes each year by virtue of receiving the clothing allowance.

20.     Male sales professionals also have to pay to care for the clothing they receive through the clothing allowance.  Most Varvatos clothing requires dry cleaning, and male sales professionals have to follow those dry cleaning instructions in order to ensure that their clothing will last for a full season.

21.     If male sales professionals did not receive a clothing allowance, it would be very expensive for them to purchase enough Varvatos clothing to comply with the dress code.

4

22.     Our male sales professionals at outlet stores receive a smaller clothing allowance ($6,000 at MSRP per year) because they are instructed to wear the made-for-outlet line of Varvatos clothing, which sells at a much lower price point than standard Varvatos clothing.  The made-for-outlet line of clothing also turns over less frequently, so the items that male sales associates at the outlets obtain with their clothing allowance will be sold in the store for longer periods of time, and thus can be worn by store employees for longer periods of time.

23.     Managers at our outlet locations receive a $12,000 at MSRP annual clothing allowance similar to what staff in our regular stores receive because they are encouraged to wear merchandise that the outlets receive from regular Varvatos stores – and must count the original, full retail value of it against their clothing allowance.  By having managers wear items from the original stores' lines and sales professionals wear made-for-outlet items, we ensure that our outlet staff is wearing items from across the range of clothing available for sale in our outlet stores.

24.     Varvatos has its outlet sales professionals wear the made-for-outlet line because there are more of them and, generally speaking, more sizes available in the made-for-outlet items as compared to leftover items from regular Varvatos stores.  For those leftover items, there may be gaps in more common sizes, and it is more important to draw customers' attention to items that are more likely to be available in a size that fits them – hence the motivation to have the more numerous sales professionals wearing made-for-outlet items.

25.     Part of the reason for dividing the clothing allowance up seasonally is because male sales employees are required not only to wear Varvatos to work, but also to wear Varvatos clothing from the current seasonal line.  That requirement exists so that the clothing the male sales professionals are wearing is the same as the clothing being sold in the store at that time.  It is crucial that male sales professionals not only wear Varvatos clothing to work, but pair and

83948960_1

style it in a way that accurately represents the brand and the clothing being sold during the current season.  In order to facilitate having our sales professionals comply with the dress code, many of our stores have lockers – and many male sales professionals leave the clothing they "pull" with their clothing allowance and simply change into it when they arrive at work and change out of it when they leave, as if it was a uniform

26.     Often, our General Managers will provide guidance to their male sales professionals when a clothing "pull" is taking place so that, rather than just select items that might appeal to a male sales professional's personal style, the General Manager can ensure that the male sales professionals will get items that vary from those selected by their colleagues, and are also representative of the type of style that the store will be emphasizing for the upcoming season.  Occasionally, Varvatos headquarters will also circulate broad recommendations about which items from an upcoming season to select and pair and in order to reflect the desired style for that season.

27.     Throughout my tenure at Varvatos, I have always worn only Varvatos clothing to work and I am careful to ensure that I wear current season products.  Wearing Varvatos clothing to work in a way that properly represents the brand requires careful attention because I – and the male sales professionals – are expected to assemble outfits in ways that match the intended aesthetic of the current seasonal line, which can often involve complicated layering and use of particular accessories and pairings.  Also, in any particular season, the style may require male sales professionals to button their shirts a particular way, have their collars askew (or popped up), tie a bandana or scarf in a certain fashion, and so on.  When I previously worked at Diesel, it was far easier to comply with the dress code, because Diesel sold primarily denim and it was therefore very straightforward to put together an outfit that matched whatever was being sold in the store at any given time.

28.     Because I am required to wear Varvatos clothing to work every day for an entire season, and because wearing Varvatos clothing to work is more rigorous than simply wearing it for leisure, the clothing suffers substantial wear and tear.  By the end of the season, many of the items are no longer usable.  For instance, I often alternate between two pairs of pants in any particular season and, by the time the season ends, those pants often start to wear through.  I have never considered reselling clothing once it goes out of season and do not believe it would have much value at all because of how much I wear the clothes during any given season.

29.     Varvatos discourages its sales professionals reselling items they obtained using their clothing allowance, primarily because the allowance is intended to allow them to obtain items to wear to work.  Varvatos has specific language in its discount policy that says clothing obtained using employee discounts cannot be resold, and the general understanding is that clothing obtained with the clothing allowance falls within that prohibition.

**Role of Sales Professionals**

30.     Hiring and firing of sales professionals is controlled by General Managers of each store, occasionally with input from me or regional directors.  Varvatos strives for a diverse workforce and an applicant's sex plays no role in our hiring process.

31.     Once someone is hired as a sales professional, his or her compensation consists of an hourly wage, plus a commission on all sales credited to them, as well as health insurance and other benefits like flexible spending accounts.  The commission structure is the same for all sales professionals in all full-price stores and the percentage commission they receive is determined by their sales volume.  A sales professional's hourly wage is set by the General Manager when the sales professional is hired.  The General Manager of each store has a payroll budget that he or she is responsible for and makes decisions regarding wages according to how that budget has been managed, combined with the experience and qualifications of a given applicant.

7

32.     Sales professionals work on the sales floor at each of our stores (along with store management) and are responsible for interacting with customers, keeping merchandise stocked, completing sales, and maintain the appearance of Varvatos stores.  Male sales professionals are also required to wear Varvatos clothing at all times while at work, which makes them live models who bring attention to the items they are wearing.  Some people refer to the role of male sales professionals as models, others call them live mannequins, and others call them walking billboards.  Regardless of the term, the point is that male sales professionals show the clothing being sold in the store on their body.  The requirement that male sales professionals act as in-store models does not simply require them to wear Varvatos clothing – they must wear it *well*, which is to say that it should be paired properly to represent the brand's aesthetic and the trends of the current season.

33.     Male sales professionals also demonstrate to customers how certain items fit on men of various body types, and show how various items can be paired together.  Male sales professionals often regularly try on items for customers buying gifts to demonstrate how the items might fit on someone with a build similar to their intended recipient.  These responsibilities are generally the same in all Varvatos stores.

**The Effect of Having Male Sales Professionals Dressed in Varvatos**

34.     Having male sales professionals (and other male in-store staff members) wear Varvatos while working has a clear positive impact on sales.  It is common knowledge in the retail industry that having sales staff wearing clothing for sale in the store where they are working increases the visibility of those items and helps boost sales.  It also prevents male employees from wearing clothing made by other designers and appearing to endorse those brands to our customers while they are working for Varvatos.

35.     I often hear feedback from store staff that indicates that having male sales professionals wearing Varvatos clothing around the stores helps sales.  They often report to me that the items male sales professionals wear to work are the same items that tend to sell well in a particular period.

36.     When I am personally in stores, I often receive compliments from customers about the items I am wearing and that frequently leads to those customers purchasing items they noticed on me.  Sales staff at a number of stores have also told me that they have similar experiences where customers approach male sales professionals, ask about items they are wearing, and end up purchasing those items.

37.     Recently I was simply walking down the street wearing Varvatos and was stopped by someone who complimented my outfit and asked the clothing.  I then learned that our conversation prompted him to shop at one of our stores.  I was also in our Miami store around March 2017 and a customer came in and commented on a jacket that I was wearing, which he ended up purchasing after noticing it on me.  Similarly, when I was in our Bowery store, a customer complimented me on a jacket I was wearing, so I explained to him what items I paired with the jacket and showed him examples of items that would complement the jacket nicely.  He then ended up purchasing the jacket.  Yet another example is when I was in our Lincoln Road store and a customer once again complimented me on a jacket I was wearing.  I discussed the jacket with him, including the lining and how the jacket fit – and he ended up buying that jacket as well.

38.     I frequently hear in reports from the stores I oversee that the male sales professionals working there have similar experiences.  Customers come into the stores, ask about and/or compliment the clothing the male sales professionals are wearing, and the customers then end up purchasing those items (occasionally with other items that pair well).  I also receive daily

9

recaps from the stores – in a recent recap, the store reported that a customer liked an outfit one of the male sales professionals was wearing and ended up purchasing the full outfit.

39.     Having male sales professionals actually wear Varvatos clothing – and style it properly with other items – is a more effective sales tool than simply having the clothing on a hanger or folded on a shelf.  When it is worn, the clothing stands out more and is able to convey more of an attitude than if it was simply displayed somewhere in the store.

40.     The increased sales that result from having male sales professionals wear Varvatos clothing benefit both male and female sales professionals.  Any of our sales professionals could be assisting a customer who notices an outfit being worn by one of the male sales professionals, and would ultimately get credit for the sales that result.  Moreover, our sales professionals work as teams, so if a female sales professional is assisting a customer who has questions about a particular item, she can use one of her male colleagues as a resource to assist her in making the sale.

41.     I have heard specifically from female sales professionals who shared instances where they were able to leverage the fact that their male colleagues were dressed in Varvatos to help them make sales.  When I conduct store visits, female sales professionals speak about the positive impact the male sales professionals' dress code has on store sales in general, not just sales specifically attributable to the male sales professionals themselves.

42.     I believe that Varvatos's clothing allowance policy is sensible because we require our male sales professionals (and certain other male employees) to wear Varvatos clothing to work, but impose no similar requirement on female employees.  Because we place the extra burden on our male sales professionals, we provide them with a clothing allowance that is specifically designed to help them meet the additional burden that we are placing on them.

83948960_1

43.     I do not believe the clothing allowance I receive constitutes compensation, and the amount of clothing allowance an employee receives is not tied to their seniority or job performance.  Varvatos requires me to wear Varvatos clothing to work and, therefore, provides me with a clothing allowance so that I can meet that requirement of the job.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2018.

Benjamin Harris

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 24, 2018, I caused to be electronically filed the foregoing DECLARATION OF BENJAMIN HARRIS by using the CM/ECF system, which sends a notice of electronic filing to all counsel of record who have registered to receive notices from the Court under the CM/ECF system.

Brett M. Collings