UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TESSA KNOX<br><br>    Plaintiff,<br><br>v.<br><br>JOHN VARVATOS ENTERPRISES, INC.<br>    Defendant. | Civil Action No. 1:17-cv-00772 (GWG)<br><br>**DECLARATION OF GERARD MAYORGA** |

Pursuant to 28 U.S.C. § 1746, I, Gerard Mayorga, hereby declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge except as otherwise set forth herein. If called and sworn as a witness, I could and would testify competently to the matters set forth herein.

2. I first started working for John Varvatos Enterprises, Inc. ("Varvatos") in 2002 as a sales professional in Varvatos's Soho store, which is a full-price (non-outlet) store. Varvatos sells high-end, expensive menswear, designed for luxury consumers. I am still employed by Varvatos, and throughout my time with the company have always worked out of the Soho store. Generally speaking, I work around 40 hours per week in the Soho store, although on rare occasions (like special events), I will travel to other Varvatos stores to work out of them for short periods of time. The Soho store is Varvatos's flagship store and generally makes more sales than any of Varvatos's other stores.

3. In 2012, I was promoted from sales professional to sales specialist (which is the position I currently hold). Being a sales specialist essentially includes the same duties as a sales professional along with added responsibilities for sports marketing. The sports marketing role involves me collaborating with athletes to hold events and outfit them in Varvatos clothing as a way to promote the brand. However, I continue to handle all of the responsibilities I had as a sales professional prior to my promotion. Those generally include working day-to-day in the

83947016_1

Soho store, working with customers and repeated clients to make sales, keeping the store stocked and neat, and helping to manage inventory. It is my understanding that I have had the highest level of sales among all sales professionals for each of the past seven years.

4. Immediately before starting to work at the Varvatos Soho store, I worked at Calvin Klein's Madison Avenue store for six years, beginning in 1996. I started at Calvin Klein as a cashier and was promoted to a sales assistant after two years. Then in 1999, I was promoted again to the position of sales professional.

5. Prior to working at Calvin Klein, I was a salesperson at Barney's for about four months and, prior to that, I had been a salesperson at Banana Republic for six months.

6. When the Soho store opened, its first assistant manager, Michelle Melendez, was someone I had worked with previously.

7. She recruited me to join Varvatos and explained that Varvatos would be understanding of my schedule, which was important because I was in graduate school at the time. Ms. Melendez knew that I had generated a certain amount of sales while working at Calvin Klein, which made her (and her colleagues) interested in hiring me to work at Varvatos.

**Varvatos Dress Code and Clothing Allowance**

8. From the time I started working at Varvatos until today, male sales professionals have always been required to wear Varvatos clothing to work. That requirement is consistent with the general goal of Varvatos's dress code, which is to ensure that all store employees are dressed in a way that is consistent with and representative of the Varvatos brand. Not only do male sales professionals have to dress in Varvatos, but occasionally store management will provide input about specific outfits that male sales professionals should wear in order to highlight particular items for sale at the store and/or to avoid duplicating outfits that may be worn by other sales professionals working at the same time. Male sales professionals are also

2

subject to what we call the "Three Piece Rule," which is part of our official dress code and requires men to wear three pieces of Varvatos clothing to work.  Generally, male sales professionals comply with the Three Piece Rule by wearing Varvatos pants, a Varvatos shirt, and either a Varvatos jacket or sweater – often with Varvatos shoes and/or accessories as well.

9. Not only are male sales professionals required to wear Varvatos clothing to work, but they also have to wear clothing from the current season because that is the clothing that is being sold in the store at any given time.  As a result, once we turn over the inventory in a store to stock it for a new season, any Varvatos items that I obtained from previous seasonal lines that have fallen out-of-season no longer comply with the dress code.  Store management has told me in the past that I should not continue wearing Varvatos items to work when they are no longer for sale in the store.

10. I carefully follow the Varvatos dress code and ensure that I am always wearing Varvatos clothing to work.  I can only recall two instances where I did not comply with the dress code.  Once I just wore a Varvatos suit and a Varvatos shirt to work, which did not comply with the Three Piece Rule (because the suit only counts as a single item) and another time I wore clothing from an earlier season.  In both instances, my manager spoke to me and explained how my outfit did not meet the requirements of the dress code.

11. Although managers sometimes provide guidance to sales professionals about the look they are portraying to better reflect the store's particular image or seasonal focus, I do not recall any of my male colleagues coming to work dressed in anything other than Varvatos, or otherwise violating the dress code.  In addition to the examples discussed in the prior paragraph, I had another conversation with management about my attire because I would often dress in a Varvatos suit and tie, and management suggested to me that the look was too formal for the store, so they asked that I wear suits without ties and shirts with different collars to portray a

3

slightly more casual look. Although both outfits were consistent with the Varvatos dress code, this is an example of the typical guidance store management provides to help better align male sales professionals – who may be in technical compliance with the dress code – with the precise image a store is trying to portray.

12. Female sales professionals do not have to dress in Varvatos while at work, and are discouraged from doing so. Instead, the dress code requires them to wear certain colors to work, which match the general color scheme of the clothing being sold in the store and require that they have generally the same style as Varvatos clothing.

13. To make it feasible for male sales professionals to afford enough Varvatos clothing to wear it to work each day throughout a season and comply with the dress code as it applies to us, Varvatos provides male sales professionals with a clothing allowance.

14. The amount of the clothing allowance has changed over time, but currently male sales professionals can receive up to $3,000 worth of clothing each season. When male sales professionals "pull" clothing using the clothing allowance, they have to apply the full retail value of the clothing against their allotted amount. Male sales professionals are also taxed on the value of the clothing they receive, which means that I have to pay about $1,000 each year in extra taxes because of the clothing pull.

15. When I first started at Varvatos, the clothing allowance was not based on a specific monetary amount, but rather involved providing male sales professionals with clothing so they could dress in a certain style while at work. Then around November 2005, the clothing allowance was changed so that male sales professionals could pull up to $5,000 twice each year. Eventually, the policy changed to its current format, where male sales professionals receive up to $3,000 in clothing each season. Having the clothing allowance set on a seasonal schedule allows

male sales professionals to better meet the expectation that they dress in clothing from the current seasonal line while at work.

16. Male sales professionals are notified by email when a seasonal clothing "pull" is upcoming. We then have roughly a week during which we can make use of our clothing allowance, which we can do by going into work early and identifying items that we want to get using our allowance. We are only permitted to use our clothing allowance on items that we can wear to work – for example, heavy outerwear that we would not wear indoors is not eligible for the clothing allowance. The current amount of $3,000 allows me to obtain one full outfit per season, with a few extra underpinnings or basic items that I can shuffle in for variety. If I select a suit, a pair of shoes, and a belt, or some similar combination, it essentially takes up my entire clothing allowance for a season.

17. I often have to spend additional money of my own to purchase more items so that I can fill out a wardrobe that is sufficient for an entire season. Although Varvatos provides all of its employees with a 65% discount at its stores, I still spend about $2,500 per year of my own money purchasing additional Varvatos clothing specifically to wear to work, even after using the discount.

18. Most Varvatos clothing also has to be dry cleaned, particularly if I am wearing it to work frequently and want it to last for an entire season. I dry clean most of the items I obtain using my clothing allowance and have to pay for the cost of that dry cleaning myself.

19. At times, I also find Varvatos clothing difficult to wear to work because working in the Soho store (which has multiple floors) requires a fair amount of physical activity and Varvatos clothing tends to be cut rather tightly. Wearing such restrictive clothing can make it more difficult, and certainly less comfortable, to be doing stocking work, moving between the various floors of the store and generally working on my feet all day.

**Impact of the Dress Code on Sales**

20.     The fact that male employees who work in Varvatos stores dress in all Varvatos clothing, as directed by the dress code, is clearly an effective sales tool.  Frequently, customers come up to me and ask me about items that I am wearing or point out items that other male sales professionals have on – and then buy those items.

21.     Sales professionals also work with each other in the stores.  For instance, if I am wearing a Varvatos suit and a customer is interested in buying a suit, other sales professionals (male and female) will often bring the customer over to me so that I can discuss how the suit fits, how it can be tailored, recommendations on items to pair with it, and so on.  Similarly, if one of my customers happened to be interested in a more casual look, I could – and often do – use one of my male colleagues who happens to be dressed in clothes closer to that style as a reference.

22.     Not only do all sales professionals reference clothing that other male sales professionals happen to be wearing, but male sales professionals regularly try on clothing at customers' request (particularly when customers are purchasing gifts) so that the customer can see how items fit on a man with a particular build.

23.     When the store receives a new seasonal line of clothing, all store personnel meet to learn about the new items.  As part of that product knowledge meeting, the male sales professionals often try on the new clothing so that our co-workers can see how it fits on people with different builds and we can describe how the items feel.  The store's staff can then share that information with customers when working on the sales floor.

24.     The ultimate effect of the fact that male sales professionals wear Varvatos while working in the Soho store is to increase sales.  That we all wear Varvatos increases the visibility of the items we are wearing and brings much more attention to them than if they were sitting folded on shelves or on stationary mannequins.  Furthermore, by modeling the clothes as part of

83947016_1

complete outfits, we are able to educate customers as to how various items can be paired, which often leads to them buying multiple pieces. We can also provide customers with information about how items fit and how to care for them.

25. Over my career, there have been countless instances when the fact that I (or one of my male colleagues) was wearing Varvatos clothing helped me make a sale. Recently, I was wearing a pair of fall boots and a customer came up to me, said they looked great, and eventually ended up buying a pair for $700 (in addition to a $2,000 suit). Another time, I was wearing a relatively casual look with a vest and t-shirt, and a customer came up to me to compliment the outfit and ended up buying a similar t-shirt and vest combination for roughly $600.

26. I do not believe that having female sales professionals dress in Varvatos would have a similar positive impact on sales. Varvatos is a menswear brand that emphasizes masculinity. Setting aside whether Varvatos clothing, which is cut and tailored for males, could be adjusted to fit properly on female sales professionals, if our customers saw both males and females wearing Varvatos clothing when they shopped at our stores, they would likely be confused about whether it was indeed a men's brand compared to a unisex brand, and would be less likely to make a purchase.

27. In fact, a few years ago, a female sales professional tried wearing one of Varvatos's men's shirts to work because she thought it would help her sell the shirt. I explained that wearing the shirt would more likely confuse customers than help her make a sale. As it turned out, she wore the shirt for two days and did not sell a single one of the shirts that entire time. After that, she stopped wearing Varvatos clothing to work.

28. I believe that Varvatos's policy of providing a quarterly clothing allowance to its male sales professionals is reasonable. It makes perfect sense for Varvatos to require its male sales professionals to wear Varvatos clothing while at work (as is common practice for clothing

retailers) because that helps to increase sales. It also makes sense that Varvatos does not place the same requirement on its female sales professionals because having them wear the clothing would not help increase sales, and might have a harmful effect because it would create confusion about the brand.

29.     Furthermore, the male sales professionals are limited in terms of what clothing they can obtain using the clothing allowance – we only use it to get the type of clothing that we wear to work. Because we have to charge the full retail value of the items we select against the clothing allowance, and because the items are quite expensive, I can only pull a limited number of items each quarter and then generally have to spend additional money on top of it to purchase enough clothing so that I have a full wardrobe to wear to work.

30.     I do not view the clothing allowance I receive as a form of compensation. I rarely wear the Varvatos clothing that I obtain with the clothing allowance when I am not at work. That clothing does not fit the style I prefer to wear in my personal life, so my use of the Varvatos clothing I receive is essentially limited to days when I work.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2018.

*/s/ Gerard Mayorga*

_____

Gerard Mayorga

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on May 24, 2018, I caused to be electronically filed the foregoing DECLARATION OF GERARD MAYORGA by using the CM/ECF system, which sends a notice of electronic filing to all counsel of record who have registered to receive notices from the Court under the CM/ECF system.

*/s/ Brett M. Collings*

Brett M. Collings