UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                         :
TESSA KNOX, et al.,
                                                         :        ORDER
                   Plaintiffs,
                                                         :        17 Civ. 772 (GWG)
     -v.-
                                                         :

JOHN VARVATOS ENTERPRISES, INC.,                         :

                   Defendant.                            :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/19

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Among the questions the Court may pose at oral argument tomorrow will be questions about the evidence in the record regarding the value of the so-called "clothing allowance" (considering all possible relevant "value" factors, such as value of the clothing to the male sales associate during and after the season, extra income taxes that the male sales associates are required to pay, and all other factors). In addition, the Court may ask the parties about the cost to female sales associates of complying with the dress code, including the value of the discount that they are offered at AllSaints. The parties should be prepared to respond to such questions with specific citations to evidence in the record by docket number and page or paragraph.

     Each attorney is directed to ensure that all other attorneys on the case are aware of the issuance of this Order.

     SO ORDERED.

Dated: January 14, 2019
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge