USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TESSA KNOX, et al.,                                  :

                    Plaintiffs,                      :          ORDER

        -v.-                                         :          17 Civ. 772 (GWG)

                                                     :

JOHN VARVATOS ENTERPRISES, INC.,                     :

                                                     :

                    Defendant.                       :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        As stated at the oral argument held today, the parties' motions for summary judgment
(Docket ## 177 and 185) are denied.[1]  On or before January 22, 2019, the parties shall report on
their views as to a due date for pre-trial order materials.

        SO ORDERED.

Dated: January 15, 2019
        New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge

---

        [1] Notwithstanding the denial of summary judgment, the Court may in the future grant
partial summary judgment as to particular issues.