UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TESSA KNOX, et al.,           :

                                                           :   ORDER
                 Plaintiffs,                   17 Civ. 772 (GWG)

                                                           :
-v.-                          :

JOHN VARVATOS ENTERPRISES, INC., :

                                         Defendant.      :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      A telephone conference in this matter is scheduled for Thursday, October 10, 2019, at 3:30 p.m. to discuss the application in Docket # 295. At the above date and time, Mr. Ned Bassen, or other attorney for defendant, is directed to place a call to the Court at (212) 805-4260 with all parties on the line.[1] All counsel who intend to speak during the call must use a landline or phone with equivalent quality. Also, when addressing the Court, counsel must not use a speakerphone.

      On or before Wednesday, October 7, 2019, plaintiffs' counsel is ordered to provide the Court for in camera review a copy of any email or other communications to or from Ms. Somekh-Crouchen sent within the past 30 days. The material may be faxed, hand-delivered or sent by email. For instructions on how to send the document by email, counsel should contact chambers by telephone.

      Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time. The parties should follow paragraph 1.F of this Court's Individual Practices (available at: www.nysd.uscourts.gov/judge/Gorenstein) for any request for an adjournment.

      SO ORDERED.

Dated: October 8, 2019
       New York, New York

                                                            GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge

---

[1] If the call is arranged through a commercial communications service, counsel arranging the call may telephone chambers at the time of the conference and inform chambers of the telephone number and access code that may be used to dial into the call. Only a toll-free service should be used.