```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TESSA KNOX, et al.,                          :
                                             :    ORDER
                    Plaintiffs,              :    17 Civ. 772 (GWG)
                                             :
    -v.-                                     :
                                             :
JOHN VARVATOS ENTERPRISES, INC.,             :
                                             :
                    Defendant.               :
-----------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The Court directs that plaintiffs' counsel shall provide to defendant forthwith a copy of the email sent to Cheryl Somekh-Crouchen and dated Wednesday October 2, 2019. The provision of this email to defendant shall not be deemed a waiver of any privilege in state or federal court pursuant to Fed. R. Civ. P. 502(d).

SO ORDERED.

Dated: October 10, 2019
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge