UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TESSA KNOX, et al.,                          :

                                             :       ORDER
              Plaintiffs,                            17 Civ. 772 (GWG)
                                             :

      -v.-                                   :

JOHN VARVATOS ENTERPRISES, INC.,             :

                                             :

              Defendant.                     :
------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/19

     The Court has been informed that plaintiff Cheryl Somekh-Crouchen contacted the firm of defendant's counsel, Hughes Hubbard & Reed, by telephone on October 3, 2019, regarding the above-captioned matter. Ms. Somekh-Crouchen informed the person who answered the phone, among other things, that she did not wish to be part of the class action. She also discussed certain things communicated to her by the firm of plaintiffs' counsel.

     The Court hereby directs that the attorneys for both sides appear for a conference to discuss Ms. Cheryl Somekh-Crouchen's status as a class member (and the contact she had with defendant's counsel) on <u>Wednesday, October 23, 2019, at 10:00 a.m.</u> in Courtroom 6-B, 500 Pearl Street, New York, New York

     Additionally, <u>the Court requests that Ms. Somekh-Crouchen appear at the conference</u>. If this date is not convenient for her, it can be changed. The simplest way for her to change it would be to contact Mr. William Dunnegan at wd@dunnegan.com to inform him of other available dates. (If using email is a problem, she may call him at (212) 332-8303). Mr. Dunnegan will then be responsible for contacting the Court to arrange for the date change.

     The Court requests that if the date is convenient that Ms. Somekh-Crouchen inform Mr. Dunnegan of that fact as well.

     Mr. Dunnegan is directed to provide a copy of this Order to Ms. Somekh-Crouchen forthwith.

     SO ORDERED.

Dated: October 10, 2019
       New York, New York

                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge