UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TESSA KNOX, et al.,

                     Plaintiffs,

   -v.-

JOHN VARVATOS ENTERPRISES, INC.,

                     Defendant.
---------------------------------------------------------------X

ORDER
17 Civ. 772 (GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/20

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     At the trial of this matter, scheduled to begin on February 24, 2020, each side shall be limited to 12 hours to present witnesses at trial. The time will be counted towards any questioning by a party of witnesses on the witness stand (whether on direct, cross, re-cross or re-direct examination).

     A pretrial conference to discuss jury instructions (and, potentially, disputed exhibits) will take place on Friday, February 21, 2020, at 10:30 a.m. in Courtroom 6-B, 500 Pearl Street, New York, New York,

     SO ORDERED.

Dated: February 7, 2020
        New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge