UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TESSA KNOX, et al.,

                      Plaintiffs,

-v.-

JOHN VARVATOS ENTERPRISES, INC.,

                      Defendant.
------------------------------------------------------------X

ORDER

17 Civ. 772 (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The parties' motions in limine (Docket ## 245, 248, 250, 252, 260, 273) were either granted or denied as stated during the conference held today. The Clerk is requested to terminate these motions.

      SO ORDERED.

Dated: February 7, 2020
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge