```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TESSA KNOX, et al.,                            :

                                               :      ORDER
                Plaintiffs,                           17 Civ. 772 (GWG)
                                               :
        -v.-
                                               :
JOHN VARVATOS ENTERPRISES, INC.,
                                               :

                Defendant.                     :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     As stated at the conference held on February 7, 2020, the Court expects the parties to discuss all disputed exhibits to determine whether the parties can reach agreement on admissibility, which may include an agreement on a limiting instruction for that exhibit.

     If disputes remain, the Court plans to address them at the conference on February 21, 2020. The parties shall file a letter by February 19, 2020, that lists each exhibit in dispute and provides for each such exhibit a brief explanation of the parties' positions, along with supporting citations/case law if appropriate.

     SO ORDERED.

Dated: February 14, 2020
       New York, New York

                                        _____
                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge