UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TESSA KNOX, et al.,

                        Plaintiffs,

-v.-

JOHN VARVATOS ENTERPRISES, INC.,

                        Defendant.
-----------------------------------------------------------X

ORDER

17 Civ. 772 (GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/20

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       As stated at the conference held on February 7, 2020, the Court will limit the parties' presentation of their case to a certain number of hours for each side. Having examined the pretrial materials, the Court believes that 11 hours for each side will be more than sufficient for the parties to present their cases. This time limitation includes all matters occurring before the jury (e.g., the opening statement by the party, direct of the party's own witnesses, cross of the opposing party's witnesses). The limitation does not include closing arguments. We will discuss at the end of the case time limitations for such arguments, if any. The time limitation also does not include any discussions with the Court outside the jury's presence.

       The Courtroom will be open at 8:45 a.m. Other than the first day of trial, testimony will start as soon as all jurors are present, which is expected to be between 9:00 a.m. and 9:15 a.m. The Court will take a 15-minute break at 10:55 a.m. and will recess for lunch at 12:45 pm. Trial will resume at 2:00 p.m. until 5:00 p.m., with a 20-minute break at about 3:20 p.m.

       On the first day of trial, February 24, 2020, proceedings will begin at 9:30 a.m. with housekeeping matters. It is not expected that the jury venire will be available for voir dire until 10:15 a.m. at the earliest.

       SO ORDERED.

Dated: February 18, 2020
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge