# VERDICT FORM:
## Knox v. John Varvatos Enterprises, Inc.

**Important Instructions: (1) The plaintiffs have the burden of proof on each question by a "preponderance of the evidence"; (2) Any answer on this form must be the result of a _unanimous_ vote by the jury.**

Place an "X" or checkmark before your answer to any "yes" or "no" question.

Equal Pay Act Claims
 1. Does the job of a female sales professional and the job of male sales professional require substantially equal effort and responsibility?
 **X** Yes  ___ No

If you answer "Yes" to this question, go to question 2.
If you answer "No" to this question, go to question 3.

 2. Were female sales professionals paid less wages than male sales professionals?
 **X** Yes  ___ No

Go to Question 3.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/20

Employment Discrimination Claims

    3. Were female sales professionals paid less wages than males sales professionals?
    __X__ Yes                        _____ No

(Note: if you answered question 2, the answer to question 3 must be the same as the answer to question 2.)

If you answer "Yes" to this question, go to question 4
If you answer "No" to this question, go to question 5.

    4. Was sex a motivating or substantial factor in Varvatos's decision to pay female sales professionals less wages than male sales professionals?
    __X__ Yes                 _____ No

Go to Question 5.

Compensatory Damages

    5. If you answered "no" to questions 1 or 2 AND you answered "no" to questions 3 or 4, there are no further questions to answer and the foreperson should sign the form on the last page. If, however, you either answered "yes" to both questions 1 and 2 OR answered "yes" to both question 3 and 4, answer the following question:

    What amount of compensatory damages did a female sales professional sustain as a result of not receiving the quarterly "pull" of Varvatos clothing at (a) retail and (b) outlet stores?

    At a Retail Store: $ __3,000__ per quarter
    At an Outlet Store: $ __1,500__ per quarter

Answer Question 6 next.

Wilfulness (Equal Pay Act)
    6. If you answered "no" to either question 1 or 2, go to Question 8. Otherwise, answer the following question:
    Was Varvatos's violation of the Equal Pay Act in good faith?
    \_\_\_\_\_ Yes      _X_ No
If you answered Question 6 "Yes," go to Question 8. If you answered Question 6 "No," answer Question 7 next.

    7. Did Varvatos wilfully violate the Equal Pay Act?
    _X_ Yes      \_\_\_\_\_ No
Go to Question 8.

Punitive Damages
    8. If you answered "no" to either question 3 or 4, the foreperson should sign the form on the last page. Otherwise, answer the following question
    Does the jury exercise its discretion to award punitive damages to the plaintiffs?
    _X_ Yes      \_\_\_\_\_ No
You have answered all questions. The foreperson should sign the form on the last page.

WHEN THIS FORM IS COMPLETED, THE FOREPERSON SHOULD SIGN AND DATE IT BELOW, PLACE IT IN THE ENVELOPE PROVIDED, SEAL IT, AND INFORM THE MARSHAL THAT THE JURY HAS REACHED A VERDICT.

CERTIFICATION OF FOREPERSON:
The responses to the questions on this verdict sheet represent the unanimous verdict of the jury.
_[signature]_
Foreperson

02/28/2020
Date