# VERDICT FORM for PHASE II:

3/2/20

## Knox v. John Varvatos Enterprises, Inc.

**Important Instructions: The answers on this form must be the result of a *unanimous* vote by the jury.**

Liquidated Damages

What amount does the jury award in liquidated damages per employee per quarterly "pull" of Varvatos clothing?

    For Retail Stores      $ __2,500__ per employee per quarter

    For Outlet Stores      $ __1,250__ per employee per quarter

Punitive Damages

What amount does the jury award in punitive damages per employee per quarterly "pull" of Varvatos clothing?

    For Retail Stores      $ __2,500__ per employee per quarter

    For Outlet Stores      $ __1,250__ per employee per quarter

1

WHEN THIS FORM IS COMPLETED, THE FOREPERSON SHOULD SIGN AND DATE IT BELOW, PLACE IT IN THE ENVELOPE PROVIDED, SEAL IT, AND INFORM THE MARSHAL THAT THE JURY HAS REACHED A VERDICT.

CERTIFICATION OF FOREPERSON:

The responses to the questions on this verdict sheet represent the unanimous verdict of the jury.

_[signature]_
Foreperson

_03/02/2020_
Date