UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TESSA KNOX, et al., :
: ORDER
Plaintiffs, : 17 Civ. 772 (GWG)
:
-v.- :
:
JOHN VARVATOS ENTERPRISES, INC., :
:
Defendant. :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The time of the telephone conference scheduled for tomorrow is changed to 9:30 a.m. If this represents a problem for the parties, the conference time may be changed to 3:30 p.m. or later. In the absence of an application to change the time, however, the conference will proceed at 9:30 a.m.

SO ORDERED.

Dated: March 12, 2020
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

1