UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
TESSA KNOX, et al.,                              :

                                                 :     ORDER
                Plaintiffs,                            17 Civ. 772 (GWG)
                                                 :
    -v.-
                                                 :
JOHN VARVATOS ENTERPRISES, INC.,
                                                 :

                Defendant.                       :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    The Court directs the parties to submit a proposed judgment by March 23, 2020, that accords with the jury's verdict and any rulings by the Court made as to that verdict. If the parties cannot agree, they may submit separate proposed judgments.

    The Court notes that it did not understand plaintiffs' statement in Docket # 357 that the judgment should be made "subject to" an incentive fee award and a special attorney's fee award. The Court assumes the requests for such awards do not affect the contents of the judgment and that such requests would be made, if at all, after judgment was entered.

SO ORDERED.

Dated: March 19, 2020
       New York, New York

                              /s/
                            GABRIEL W. GORENSTEIN
                            United States Magistrate Judge