```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TESSA KNOX, et al.,                                            :

                                                               :     ORDER DIRECTING CLERK
                    Plaintiffs,                                      TO ENTER JUDGMENT
                                                               :     17 Civ. 772 (GWG)
      -v.-
                                                               :
JOHN VARVATOS ENTERPRISES, INC.,
                                                               :

                    Defendant.                                 :
---------------------------------------------------------------X
```
**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

This action having been tried in two phases, with the Hon. Gabriel W. Gorenstein presiding, and the jury having rendered a verdict in each of those two phases of the trial, from which the Court has calculated the total amount of judgment due to (i) the plaintiff Tessa Knox, (ii) the 13 Opt-In plaintiffs and (iii) the class that the Court certified in an order entered February 22, 2018 (collectively, "plaintiffs").

IT IS HEREBY ORDERED that the Clerk shall enter judgment as follows: Plaintiffs shall recover from the defendant John Varvatos Enterprises, Inc., the total amount of three million, five hundred sixteen thousand, fifty one dollars and twenty three cents ($3,516,051.23), which includes prejudgment interest, as applicable, on the state claims at 9% and on the federal claims at 0.01126%. Plaintiffs shall be entitled to post-judgment interest at the rate fixed pursuant to 28 U.S.C. § 1961.

SO ORDERED.

Dated: March 23, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge