**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TESSA KNOX, et al.,

                    Plaintiff,                    17 **CIVIL** 772 (GWG)

           -against-                            **JUDGMENT**

JOHN VARVATOS ENTERPRISES, INC.,
                    Defendant.
-------------------------------------------------------------X

Whereas this action having been tried in two phrases, with the Hon. Gabriel W. Gorenstein presiding, and the jury having rendered a verdict in each of those two phases of the trial, from which the Court has calculated the total damages of judgment due to (i) the plaintiff Tessa Knox, (ii) the 13 Opt-In plaintiffs and (iii) the class that the Court certified in an order entered February 22, 2018 (collectively, "Plaintiffs").

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 23, 2020, Plaintiffs shall recover from the defendant John Varvatos Enterprises, Inc., the total amount of three million, five hundred sixteen thousand, fifty one dollars and twenty three cents ($3,516,051.23), which includes prejudgment interest, as applicable, on the states claims at 9% and on the federal claims at 0.01126%. Plaintiffs shall be entitled to post-judgment interest at the rate fixed pursuant to 28 U.S.C. §1961.

**Dated:** New York, New York
           March 24, 2020

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                            **Clerk of Court**
                        **BY:**
                                        _____
                                                            **Deputy Clerk**