DUNNEGAN & SCILEPPI LLC
ATTORNEYS AT LAW
350 FIFTH AVENUE
NEW YORK, NEW YORK 10118

212-332-8300
212-332-8301 TELECOPIER

March 27, 2020

<u>By ECF and Telecopy</u>

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>Knox v. John Varvatos Enterprises, Inc.</u>
17 Civ. 772 (GWG)

Dear Judge Gorenstein,

     We represent plaintiff Tessa Knox, the 13 Opt-In Plaintiffs, and the Class the Court certified on February 22, 2018, in the above action.

     In accordance with the Court's order of March 26, 2020 (Dkt. 364), we enclose as Exhibit A a proposed notice to the class pursuant to Fed. R. Civ. P. 23(h). It leaves the deadline for objections open. If the Court approves this notice, we propose to serve it contemporaneously with our notice of motion, hopefully by the end of next week.

     Varvatos has requested three weeks to respond to our motion, and we have agreed with that request.

Respectfully yours,

*William Dunnegan*

William Dunnegan

Cc:    All counsel (By ECF)