

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Ned H. Bassen
Partner
Direct Dial: +1 (212) 837-6090
Direct Fax: +1 (212) 299-6090
ned.bassen@hugheshubbard.com

May 6, 2020

<u>VIA ECF</u>

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  *Knox v. John Varvatos Enterprises, Inc.,*
       <u>Civil Action No. 1:17-cv-00772 (GWG) (S.D.N.Y.)</u>

Dear Judge Gorenstein:

  We represent the defendant John Varvatos Enterprises, Inc. ("Varvatos") in the above-referenced action. We write to inform the Court that earlier today, May 6, 2020, Varvatos filed for bankruptcy under Chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), in the United States Bankruptcy Court for the District of Delaware. The bankruptcy filing triggered an automatic stay pursuant to Section 362(a) of the Bankruptcy Code, and accordingly, Varvatos is filing along with this letter, a Notice of Stay. In accordance with the Court's April 23, 2020 Order (ECF 380), Varvatos was permitted to file by May 6, 2020, a motion to continue the stay of enforcement of the judgment in this matter. In light of Varvatos' bankruptcy filing, Varvatos is filing the Notice of Stay in lieu of filing the motion to stay.

           Respectfully submitted,

           HUGHES HUBBARD & REED

         By: <u>/s/ Ned H. Bassen</u>
           Ned H. Bassen

cc:  All Counsel of Record (by ECF)

96798761_1