UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TESSA KNOX, :

          Plaintiff, :

   -against- :     17 Civ. 772 (GWG)

JOHN VARVATOS ENTERPRISES, INC., :     ECF Case

         Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ACCEPTANCE OF OFFER OF REMITTITUR
AND PROPOSAL TO AMEND JUDGMENT

    Plaintiff Tessa Knox, the 13 opt-in plaintiffs, and the members of the Class the Court certified in an order entered February 22, 2018 ("plaintiffs"), accept the offer of remittitur set forth in the opinion and order (Dkt. 398) entered January 12, 2021.

    Plaintiffs request that the Court enter an "amended judgment" that provides in its entirety:

    "The judgment entered in this action on March 23, 2020 (Dkt. 362) is amended *nunc pro tunc* to strike the words 'three million, five hundred sixteen thousand, fifty one dollars and twenty three cents ($3,516,051.23)' and replace them with the words 'one million, seven hundred fifty eight thousand, twenty five dollars and sixty one cents, $1,758,025.61.'"

    By e-mail to defendant's counsel on January 18, 2021, plaintiffs requested that defendant stipulate to the amended judgment. Defendant's counsel has not responded substantively.

    We request that the Court enter the requested amended judgment forthwith or,

2

alternatively, fix a brief time within which defendant's counsel must respond.

Dated: New York, New York
January 25, 2021

                                                  DUNNEGAN & SCILEPPI LLC

                                                  By  /s/ William Dunnegan
                                                      William Dunnegan (WD9316)
                                                      wd@dunnegan.com
                                                      Richard Weiss (RW4039)
                                                      rw@dunnegan.com
                                                Attorneys for Plaintiffs
                                                437 Madison Avenue
                                                New York, New York 10022
                                                (212) 332-8300