UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KNOX, et al.,                                        :

             Plaintiffs,                 :        ORDER

   -v.-                                              :
                                    17 Civ. 772 (GWG)
JOHN VARVATOS ENTERPRISES, INC.         :

             Defendant.              :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      In light of the plaintiffs' acceptance of the remittitur proposed in Docket # 398 as set forth in Docket # 399, the Clerk is requested to enter an Amended Judgment that amends the judgment entered in this action on March 23, 2020 (Dkt. 362) nunc pro tunc to strike the words "three million, five hundred sixteen thousand, fifty one dollars and twenty three cents ($3,516,051.23)" and replace them with the words "one million,seven hundred fifty eight thousand, twenty five dollars and sixty one cents,$1,758,025.61."

      SO ORDERED.

Dated: January 28, 2021
      New York, New York

                                        _____
                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge