**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TESSA KNOX,

                Plaintiff,

   -against-                          17 **CIVIL** 772 (GWG)

                                          **JUDGMENT**

JOHN VARVATOS ENTERPRISES INC.,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 17, 2021, plaintiff's motion for attorney's fees and the service payment is granted. Plaintiffs are awarded a total of $748,321.21 in statutory attorney's fees and costs to be paid by Varvatos, and an additional amount of $105,880.21 in attorney's fees to be paid from the damages award allocated to punitive damages, for a total of $854,201.42 in attorney's fees. Plaintiff Knox is awarded a service payment of $20,000 from the punitive damages award.

**Dated:** New York, New York

      February 17, 2021

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                          **BY:**     K. Mango

                                                      **Deputy Clerk**