# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Tessa Knox

(List the full name(s) of the plaintiff(s)/petitioner(s).)

17 CV 772 (GWG)( )

-against-

**NOTICE OF APPEAL**

John Varvatos Enterprises, Inc.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Please see Appendix A.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☐ order  entered on: February 17, 2021
(date that judgment or order was entered on docket)

that: granted plaintiffs' motion for attorneys' fees in the amount of $854,201.42 (representing $748,321.21 to be paid by defendant and $105,880.21 to be paid from the common fund)

(If the appeal is from an order, provide a brief description above of the decision in the order.)

| February 24, 2021 | /s William Dunnegan |
|---|---|
| Dated | Signature* |

Dunnegan, William
Name (Last, First, MI)

| 437 Madison Ave., 24th Floor | New York | NY | 10022 |
|---|---|---|---|
| Address | City | State | Zip Code |

(212) 332-8300                      wd@dunnegan.com
Telephone Number              E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13