# MANDATE

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 4, 2021
```

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of March, two thousand twenty-one,

_____

Tessa Knox, Christina Torres, Hillary T. Crandle, Wijdan Shoubaki, Ruby Romero, Laurentina Chaparro, Pamela Kassen, Alyssa Hickey, Joy Fusaro, Michelle Ortiz, Arissia Tossetti, Jena Toback, Margret Holcomb, Tripti Pandey,

    Plaintiffs - Appellees,

Sirena Herd, Sylvia Tamayo, Kristen Jackson Gorrichategiu, Karla Gomez-Navarro,

    Plaintiffs,

v.

John Varvatos Enterprises, Inc.,

    Defendant - Appellant.

**ORDER**
Docket No. 20-1340

_____

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

    The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/04/2021