# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
KNOX, et al.,

                    Plaintiffs,                  17 **CIVIL** 772 (GWG)

        -against-              **SECOND AMENDED JUDGMENT**

JOHN VARVATOS ENTERPRISES, INC.,

                    Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 22, 2021, the plaintiffs' motion (Docket # 412) to amend the judgments and for fees is granted in part and denied in part. An Amended Judgment is entered as to Docket # 403 that increases the award in that judgment from $1,758,025.61 to $1,898,746.20. The plaintiffs are awarded $215,340.00 in additional attorney's fees for work performed by the plaintiffs' attorneys since the entry of the initial March 24, 2020 judgment (Docket # 362).

**Dated:** New York, New York
           June 23, 2021

                                                          **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                               **BY:**   K. Mango
                                                             **Deputy Clerk**