UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TESSA KNOX                                          :

                                                                     :      <u>ORDER</u>
                 Plaintiff,
                                                                       :      17 Civ. 772 (GWG)
  -v.-
                                                                        :

JOHN VARVATOS ENTERPRISES, INC.         :

                                                                        :
                 Defendant.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Oral argument on the pending motion for a turnover order will take place on May 16, 2022, at 3:30 p.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the argument may begin on time.

      Counsel and any other attendees are expected to comply with any COVID-related restrictions on entry into the Courthouse and on masking within the Courthouse as set forth in the protocols posted on the Court's website: https://www.nysd.uscourts.gov/covid-19-coronavirus. If both sides prefer to have the proceeding take place telephonically, they may file a letter on ECF so requesting.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated: April 27, 2022
       New York, New York

                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge