UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KNOX, et al.,                                              :

           Plaintiffs,                  :        ORDER

  -v.-                                                     :
                                                   17 Civ. 772 (GWG)
JOHN VARVATOS ENTERPRISES, INC.          :

           Defendant.                  :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The oral argument scheduled for May 25, 2022, at 3:30 p.m. is changed to a telephonic oral argument.[1] At this date and time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  When dialing in to the conference, the parties must be in a quiet indoor location and must not use a speakerphone. A telephone line and microphone technology with optimal quality should be used.   The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time.

      SO ORDERED.

Dated: May 16, 2022
       New York, New York

                                                            _____
                                                            GABRIEL W. GORENSTEIN
                                                            United States Magistrate Judge

---

[1] The Court has changed this conference to a telephonic conference because (1) the Court assumes based on the notices of appearances that at least one of the attorneys is travelling from out of town to New York for the argument and (2) there is a small chance the Court may need to adjourn the argument at the last minute.  If, in fact, the Court's assumption that an attorney is travelling out of town is incorrect, and there would be no hardship to a last minute adjournment of a courtroom conference, the parties may request (if both sides agree) that the argument be scheduled to take place in the courtroom.