UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TESSA KNOX                                          :

                                                         :        <u>ORDER</u>
                Plaintiff,

                                                         :        17 Civ. 772 (GWG)
   -v.-
                                                         :

JOHN VARVATOS ENTERPRISES, INC.
                                                         :

                Defendant.          :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A conference to discuss Docket # 447 will take place on July 15, 2022, at 3:30 p.m. At that time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

     When dialing in to the conference, the parties must be in a quiet indoor location and must not use a speakerphone or wireless microphone technology. Rather, a telephone line and microphone technology with optimal quality should be used

     Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at https://www.nysd.uscourts.gov/hon-gabriel-w-gorenstein).

     SO ORDERED.

Dated: July 12, 2022
       New York, New York

                                                          _____
                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge