```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TESSA KNOX                                              :

                        Plaintiff,                      :      ORDER

         -v.-                                           :
                                                               17 Civ. 772 (GWG)
JOHN VARVATOS ENTERPRISES, INC.                         :

                        Defendant.                      :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The Court wishes to make sure that Kurtzman Carson Consultants LLC has an opportunity to file any response to this letter. Any response to this letter by KCC shall be filed by November 23, 2022. If KCC finds any difficulty in arranging a filing through the ECF system, it may deliver its response to either plaintiffs or defendant, who are instructed to file KCC's response as an attachment to a letter filed on ECF.

    Plaintiffs and defendant shall coordinate to ensure a method of delivering a copy of this Order (and a copy of Docket # 455) to KCC and shall file by November 16, 2022, a sworn statement indicating that KCC was provided a copy of this Order.

    Finally, the Court assumes that defendant was given a chance to respond to plaintiffs' portion of Docket # 455. If it was not, it may file a brief reply by November 16, 2022.

    SO ORDERED.

Dated: November 9, 2022
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge