UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TESSA KNOX                                      :

        Plaintiff,              :       <u>ORDER</u>

  -v.-                                           :
                                                        17 Civ. 772 (GWG)
JOHN VARVATOS ENTERPRISES, INC.,       :

        Defendants.            :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     IT IS HEREBY ORDRERED that John Varvatos Enterprises, Inc. shall cause Kurtzman Carson Consultants LLC to turn over to plaintiffs the sum of $58,725.44 (the amount previously identified by the parties as the "Professional Fee Escrow") on or before January 31, 2023.

     The sum shall be payable to "Dunnegan & Scileppi LLC as Attorneys" and delivered to Dunnegan & Scileppi LLC.

     SO ORDERED.

Dated: January 24, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge